4

898 A.2d 511

IN THE MATTER OF MARY H. RICHARDSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 026451987).

May 25, 2006.

**O R D E R**

This matter having been duly presented to the Court, it is
ORDERED that **MARY H. RICHARDSON** of **NEW BRUNS-
WICK,** who was admitted to the bar of this State in 1987, and who
was suspended from the practice of law for a period of six months
effective August 10, 2005, by Order of this Court filed on July 15,
2005, be restored to the practice of law, effective immediately.